1  **WO**                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Lamares Lee Williams, | ) No. CV 11-1975-PHX-GMS (MEA) |
|---|---|
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

On October 11, 2011, Petitioner Lamares Lee Williams, who is confined in the Arizona State Prison Complex-Tucson, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed *In Forma Pauperis*.

**I.   Failure to Pay Filing Fee**

Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus petitioner desires to prosecute the petition *in forma pauperis*, the petitioner shall file an application to proceed *in forma pauperis* on a form approved by the Court, accompanied by a certification of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit." Rule 3.5(b) also requires payment of the $5.00 filing fee if a petitioner has in excess of $25.00 in his inmate account.

Because Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed *In Forma Pauperis*, Petitioner will be given 30 days from the date this Order is filed to either pay the $5.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* using the form included with this Order.

**II.     Warnings**

**A.     Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Petitioner must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.     Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Within 30 days of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis*.

(2)     If Petitioner fails to either pay the $5.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner.

. . . .

. . . .

(3) The Clerk of Court must mail Petitioner a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Habeas).

DATED this 27th day of October, 2011.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____, )
                Petitioner, )  CASE NO. _____
                vs. )
                )  APPLICATION TO PROCEED
_____, )  *IN FORMA PAUPERIS*
                Respondent(s). )  BY A PRISONER
                )  (HABEAS)

    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?   **G**Yes   **G**No
   If "Yes," state the amount of your pay and where you work. _____
_____
_____

2. Do you receive any other payments from the institution where you are confined?   **G**Yes   **G**No
   If "Yes," state the source and amount of the payments. _____
_____
_____

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   GYes   GNo
   If "Yes," state the sources and amounts of the income, savings, or assets. _____

I declare under penalty of perjury that the above information is true and correct.

_____               _____
DATE                                 SIGNATURE OF APPLICANT

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
    (Printed name of official)

The applicant's trust account balance at this institution is: $_____.

_____
DATE          AUTHORIZED SIGNATURE     TITLE/ID NUMBER          INSTITUTION